**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| CAPSTONE CLASSICAL ACADEMY, et al., | ) | |
| Plaintiffs, | ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** |
| vs. | ) | |
| LEVI BACHMEIER, et al., | ) | Case No. 1:26-cv-190 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 20, 2027, at 10:30 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 22nd day of September, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court